# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **MATTHEW BRADLEY, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:22-CV-00018-KAC-JEM |
| ) | |
| **TENNESSEE DEPARTMENT OF** ) | **District Judge Crytzer** |
| **CHILDREN'S SERVICES, et al.,** ) | **Magistrate Judge McCook** |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL

Pursuant to L.R. 83.4(f), the undersigned Assistant Attorney General provides this Court notice of her withdrawal as counsel for Defendants the Tennessee Department of Children's Services, Sheila Baker, Michael Myers, Tracy Davis, and Amanda Rutherford (collectively, "Defendants"). The undersigned has resigned from the Office of the Tennessee Attorney General's Office. Defendants will continue to be represented by Amber Barker. The trial of the action will not be delayed by the undersigned's withdrawal.

    Respectfully submitted,

    HERBERT H. SLATERY III
    Attorney General and Reporter

    /s/ *Courtney J. Mohan*
    COURTNEY J. MOHAN, BPR #039177
    Assistant Attorney General
    Office of the Tennessee Attorney General
    P.O. Box 20207
    Nashville, TN 37202
    (615) 741-6647
    Courtney.Mohan@ag.tn.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Notice has been forwarded via first class U.S. mail, postage paid to:

Matthew and Heather Bradley
4969 Cedar Cove Dr.
Morristown, TN 37814
bradleytreeworkservices@gmail.com
mrs.bradley0620@gmail.com
*Pro se Plaintiffs*

on this the 16th day of August 2022.

/s/ *Courtney J. Mohan*
COURTNEY J. MOHAN
Assistant Attorney General